IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00072-GPG

THE WATERSHED OF THE MIDDLE FORK OF THE SOUTH PLATTE RIVER, Park
    County, Colorado,
THE SOUTH PARK COALITION, a Non-Profit Corporation, and
RICHARD HAMILTON, Registered Agent of the South Park Coalition,

    Plaintiffs,

v.

ALMA PLACER MINE, and
JIM MURRAY, High Mountain Mining Company,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Summary Judgment (ECF No. 12), filed on February 12, 2015, is STRICKEN as premature. This case is currently in initial review, pursuant to D.C.COLO.LCivR 8.1(a). On February 5, 2015, the Court entered an Order Denying [Plaintiff] Leave to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 11). The Court ordered Plaintiff, within 30 days, to pay the $400.00 filing fee, or to submit an amended Application to Proceed in District Court Without Prepaying Fees or Costs. That deadline has not passed. Plaintiff may re-file his motion for summary judgment if this case is drawn to a presiding judge, pursuant to D.C. COLO.L.CivR 8.1(c).

Dated: February 17, 2015