IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00072-GPG

RICHARD HAMILTON,

    Plaintiffs,

v.

ALMA PLACER MINE, and
JIM MURRAY, High Mountain Mining Company,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED February 26, 2015, at Denver, Colorado.

                            BY THE COURT:

                            S/ Gordon P. Gallagher

                            United States Magistrate Judge