IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00072-WJM-MEH | Date: | March 24, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

RICHARD G. HAMILTON                                    Pro se

    Plaintiff,

v.

ALMA PLACER MINE ET AL                                Geoffrey Anderson

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:   10:24 a.m.**

Court calls case. Plaintiff appeared *pro se.* Appearance of counsel for the defendant and the defendant, Jim Murray.

Discussion was held regarding the parties named in the Complaint. The plaintiff will file an Amended Complaint to address the issue of the proper defendants.

Oral Motion to withdraw [20] Motion for Summary Judgement by the plaintiff is GRANTED.

Discussion was held regarding issues to be determined by motions for Summary Judgment.   The parties have until **April 20, 2015** to file those motions.

A supplemental scheduling conference will be set at a later date in the event that it is necessary to schedule additional discovery in anticipation of a trial.

**Court in recess: 11:12 a.m.  (Hearing concluded)
Total time in Court:  1:14**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.