**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-00072-WJM-MEH

RICHARD G. HAMILTON,

    Plaintiff,

v.

HIGH MOUNTAIN MINING COMPANY, LLC,

    Defendant.

---

### FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting July 29, 2015 Recommendation of Magistrate Judge Dismissing the Case for Lack of Subject Matter Jurisdiction, Denying Plaintiff's Motion for Summary Judgment, and Denying Defendant's Motion for Summary Judgment as Moot, entered by the Honorable William J. Martínez, United States District Judge, on November 12, 2015, it is

ORDERED that the Recommendation of the Magistrate Judge (ECF No. 56) is ADOPTED in its entirety. Plaintiff's claim against Defendant is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Dated at Denver, Colorado this 13th day of November, 2015.

                                    BY THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By:  s/Deborah Hansen
                                    Deborah Hansen, Deputy Clerk